■ In the Matter of GERALD L. SOBOL (Admitted as GERALD LEON SOBOL), a Suspended Attorney. [780 NYS2d 734]—Respondent reinstated as an attorney and counselor-at-law in the State of

New York, effective the date hereof. No opinion. Concur—Mazzarelli, J.P., Andrias, Saxe, Marlow and Catterson, JJ.